No. 193. FELDMAN *v.* UNITED STATES. October 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted, limited to the question whether petitioner's testimony given in the New York supplementary proceedings was properly admitted in evidence at the trial. MR. JUSTICE MURPHY took no part in the consideration or decision of this application. *Messrs. James Marshall* and *Seymour M. Klein* for peti-

tioner. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Mr. Robert S. Erdahl* for the United States. 